# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIBERTY ENERGY SERVICES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>PROFRAC SERVICES, LLC;<br>PROFRAC MANUFACTURING, LLC;<br>U.S. WELL SERVICES, LLC;<br>U.S. WELL SERVICES HOLDINGS, LLC,<br><br>*Defendants*. | Case No. 2:24-cv-00884-JRG-RSP |

## JOINT (AGREED) MOTION FOR ENTRY OF DISCOVERY ORDER

Plaintiff Liberty Energy Services LLC and Defendants ProFrac Services, LLC; ProFrac Manufacturing, LLC; U.S. Well Services, LLC; and U.S. Well Services Holdings, LLC file this *Joint (Agreed) Motion for Entry of Discovery Order* in the above-captioned case. The parties, agreeing to all terms in the proposed Discovery Order, attached hereto as Exhibit 1, respectfully request the Court grant this Motion and enter the agreed Discovery Order.

Dated: February 5, 2025

Respectfully submitted,

*/s/ Robert H. Reckers*
Robert H. Reckers (Texas Bar No. 24039520)
*Lead Attorney*
David W. Morehan (Texas Bar No. 24065790)
SHOOK, HARDY & BACON L.L.P.
600 Travis St., Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax: (713) 227-9508
Email: rreckers@shb.com
Email: dmorehan@shb.com

*/s/ Rex A. Mann*
Rex A. Mann (Texas Bar No. 24075509)
Thomas M. Melsheimer (Texas Bar No. 13922550)
Ahtoosa A. Dale (Texas Bar No. 24101443)
Alexander M. Nowakowski (Texas Bar No. 24139851)
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Phone: (214) 453-6500

B. Trent Webb (Missouri Bar No. 40778)
Zachary M. Mass (Missouri Bar No. 77013)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Phone: (816) 474-6550
Fax: (816) 421-5547
Email: bwebb@shb.com
Email: zmass@shb.com

Christopher P. Galligan (Illinois Bar. No. 6317988)
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606-4719
Phone: (312) 704-7700
Fax: (312) 558-1195
Email: cgalligan@shb.com

Mellissa R. Smith (Texas Bar No. 24001351)
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Plaintiff*

Fax: (214) 453-6400
Email: TMelsheimer@winston.com
Email: RMann@winston.com
Email: adale@winston.com
Email: anowakowski@winston.com

J. Tyler Boyce (Texas Bar No. 24127214)
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
Phone: (713) 651-2600
Fax: (713) 651-2700
Email: TBoyce@winston.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel in this case has complied with the meet and confer requirement set out in Local Rule CV-7(h) and that this motion is agreed to jointly by the parties and unopposed.

                                                  */s/ Robert H. Reckers*